```
              UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

STEPHEN C. WALKER                                                PLAINTIFF

VERSUS                                  CIVIL ACTION NO. 5:06cv154-DCB-MTP

CONSTANCE REESE, ET AL.                                          DEFENDANT

## FINAL JUDGMENT

This cause having come before the Court on the Report and Recommendation of the Magistrate Judge that defendants' Motion for Summary Judgment [**docket entry 93**] be granted. The Court having adopted in full said Report and Recommendation over the Objection of the plaintiff following a de novo review of those portions of the Report and Recommendation to which the plaintiff objected; accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that defendants Motion for Summary Judgment [**docket entry 93**] is **GRANTED**, and this case is **DISMISSED**; the claims against defendant Holt are **DISMISSED WITHOUT PREJUDICE**; the claims against all other defendants are **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 25th day of September 2008.

```
                              s/ David Bramlette
                            UNITED STATES DISTRICT JUDGE
```